## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RONZELL THOMAS,** *a/k/a* **CRAIG COOPER, #B-10229,** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | )  CIVIL NO. 07-121-DRH |
| **ROGER E. WALKER, JR.,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

The Court previously found that the complaint in this action contained no specific allegations against any particular defendant. Thus, the complaint did not put any defendant on notice of the particular claims brought against him or her so that the defendant could respond properly to the complaint. Therefore, the Court dismissed this complaint without prejudice, granting Plaintiff leave to file an amended complaint within 30 days. No response has been received from Plaintiff, and the 30-day period has long since elapsed.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** for failure to state a claim upon which relief may be granted. FED.R.CIV.P. 12(b)(6).

**IT IS SO ORDERED.**

**DATED: September 18, 2008.**

/s/     DavidRHerndon
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**