# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RONZELL THOMAS,** | ) | |
| *a/k/a* **CRAIG COOPER, #B-10229,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 07-121-DRH** |
| | ) | |
| **ROGER E. WALKER, JR.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>JUDGMENT</u>

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is for failure to state a claim upon which relief may be granted. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

<u>September 18, 2008</u>                    By:  <u>/s/   DavidRHerndon</u>
*Date*                                              *Chief Judge*